UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 14 CV 3738 |
| ARCHITECTURAL SYSTEMS, INC., an Illinois corporation, | ) ) ) | Judge Lee |
| Defendant. | ) ) | |

## PLAINTIFFS' MOTION FOR FINAL JUDGMENT

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL. (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move this Court pursuant to Federal Rules of Civil Procedure 54, 55 and 58 to enter a final judgment against ARCHITECTURAL SYSTEMS, INC. ("Defendant"). In support of their motion, Trust Funds state as follows:

### Complaint

1.      The Trust Funds filed a complaint against the Defendant under ERISA to compel an audit of Defendant's books and records for the period January 1, 2012 through March 31, 2014, for collection of unpaid contributions, interest and liquidated damages, and for attorneys' fees and auditors' fees pursuant to the collective bargaining agreements and the trust agreements to which Defendant is signatory.

### Default Judgment

2.      Defendant was served with a copy of the summons and complaint. Defendant failed to answer or appear. On August 20, 2014, the Trust Funds filed a motion for entry of an order of default. *See* Plaintiffs' Motion for Entry of an Order of Default, Docket Report No. 9.

3.     On September 2, 2014, this Court entered an order of default ("Default Order")

against Defendant which provided, in part, that:

> Pursuant to Federal Rule of Civil Procedure 55, an order of default is hereby entered in favor of the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds") and against defendant Architectural Systems, Inc., an Illinois corporation ("Defendant"). Defendant is hereby ordered:
>
> A.  to provide the Trust Funds or their designated auditors, Legacy Professionals, LLP complete access to Defendant's books records within twenty-one (21) days so that the Trust Funds may conduct an audit of Defendant's fringe benefit contributions for the period January 1, 2012 through the present;
>
> B.  to pay any and all amounts the Trust Funds may discover to be due pursuant to the audit;
>
> C.  to pay auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;
>
> D.  to pay interest on the amount that is due;
>
> E.  to pay interest or liquidated damages on the amount that is due, whichever is greater; and
>
> F.  to pay reasonable attorneys' fees and costs the Trust Funds incurred in this action and attorneys' fees that the Trust Funds incur to obtain full compliance with this Order and to collect any amounts due and owing to the Trust Funds.
>
> It is further ordered that the Court reserves the right to award such other and further relief as the Court deems just and equitable.

A copy of the Default Order is attached hereto as Exhibit A.

### Completion of Audit

4.     Defendant was subsequently served with a copy of the order but failed to submit

to an audit. On September 25, 2014, the Trust Funds filed a motion for rule to show cause

seeking to obtain Defendant's compliance with the Default Order. *See* Plaintiffs' Motion for

Rule to Show Cause, Docket Report No. 13.

5.      Subsequently, Defendant produced records to Legacy Professionals, LLP ("Legacy").  Legacy completed an audit of Defendant's books and records based on the information provided to them.  *See* Decl. of J. Libby, ¶7, Exh. B.

6.      After Legacy completed the Audit Report, the Trust Funds provided a copy to Defendant.  Thereafter, Defendant produced additional documents to the Trust Funds to address the audit findings.

7.      The Trust Funds adjusted the Audit Report based on the additional records and information produced by Defendant.  A copy of the adjusted Audit Report is attached to the Declaration of J. Libby as Exhibit B-2.  *See* Decl. of J. Libby, ¶8, Exh. B.

### Final Judgment

8.      Based on the records produced by Defendant and the adjusted Audit Report, the Trust Funds now move this Court to enter a final judgment.  The amount owed by Defendant is $26,907.68, which is comprised of the following:

A.      **The Trust Funds are owed $11,977.31 in unpaid contributions.**  *See* Decl. of J. Libby, ¶8, Exh. B.

B.      **The Trust Funds are owed $4,021.20 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records.**  *See* Decl. of J. Libby, ¶12, Exh. B.  *See also Trustees of the Chicago Plastering Institute Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902 (7th Cir. Ill. 2009) ("ERISA itself grants the district court authority to award the plaintiffs their reasonable attorney's fees and costs . . .  This court, among others, has construed the latter provision to include an award of audit costs."); *Moriarty ex rel. Local Union No. 727, I.B.T. Pension Trust v. Svec*, 429 F.3d 710, 721 (7th Cir. 2005).

C.      **The Trust Funds are owed $430.83 in interest under ERISA on the amount that is due.**  *See* 29 U.S.C. § 1132(g)(2)(B); 29 U.S.C. § 1132(g)(2)(C); Decl. of J. Libby, ¶11, Exh. B.

D.      **The Trust Funds are owed $2,395.46 in liquidated damages.**  *See* Decl. of J. Libby, ¶11, Exh. B; 29 U.S.C. § 1132(g)(2)(B).

E.      **The Trust Funds are owed $8,082.88 in reasonable attorneys' fees and costs the Trust Funds incurred in this action.**  *See* Decl. of J. Libby, ¶10, Exh. B;

Decl. of McJessy, ¶4, Exh. C; 29 U.S.C. § 1132(g)(1) and (g)(2)(D). *See also Trustees of the Chicago Plastering Institute Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902, 903 (7th Cir. Ill. 2009); *Chicago Regional Council of Carpenters Pension Fund v. RCI Enterprises, Inc.*, 2011 U.S. Dist LEXIS *6-7 (N.D. Ill., July 20, 2011) (Feinerman, J.); *Board of Trustees of the Rockford Pipe Trades Indus. Pension Fund v. Fiorenza Enters.*, 2011 U.S. Dist. LEXIS 28209, 21-22 (N.D. Ill. Mar. 18, 2011.

9. The Trust Funds are also entitled to recover attorneys' fees incurred to enforce or collect the amounts due. *See Free v. Briody,* 793 F.2d 807, 808-09 (7th Cir. 1986) (holding that union-affiliated fringe benefit funds are entitled to collect attorneys' fees for work incurred to collect on a judgment rendered under ERISA).

10. A proposed draft order is attached as Exhibit D.

WHEREFORE, Plaintiffs the Chicago Regional Council of Carpenters Pension Fund *et al.* hereby move this Court to enter judgment in their favor and against Defendant in the amount of $26,907.68 as follows:

A. $11,977.31 in unpaid contributions pursuant to the audit;

B. $4,021.20 for auditor's fees of incurred by the Trust Funds to complete the audit of Defendants' books and records;

C. $430.83 in interest under ERISA on the amount that is due;

D. $2,395.46 in liquidated damages;

E. $8,082.88 in reasonable attorneys' fees and costs the Trust Funds incurred in this action;

F. reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order; and

G. such other relief as this Court deems appropriate.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND et al.


By: __s/ Kevin P. McJessy_____
          One of their attorneys

Kevin P. McJessy
MᴄJᴇssʏ, Cʜɪɴɢ & Tʜᴏᴍᴘsᴏɴ, ʟʟᴄ
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion for Final Judgment** to be served upon

Architectural Systems, Inc.        Graham Hartung
c/o James Chavez, President      1857 E. Burville Rd.
4224 Foxborough Court           Crete, IL 60417
Kankakee, IL 60901

via U.S. Mail deposited in the United States Mail Depository at 3759 N. Ravenswood, Chicago, Illinois, postage prepaid, this 20th day of April 2015.

_s/ Kevin P. McJessy_____
Kevin P. McJessy

# 14 CV 03738

# Exhibit A



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 14 CV 3738 |
| v. | ) ) | |
| ARCHITECTURAL SYSTEMS, INC., an Illinois corporation, | ) ) ) | Judge Lee |
| Defendant. | ) ) | |

### ORDER

Pursuant to Federal Rule of Civil Procedure 55, an order of default is hereby entered in favor of the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds") and against defendant Architectural Systems, Inc., an Illinois corporation ("Defendant"). Defendant is hereby ordered:

A.      to provide the Trust Funds or their designated auditors, Legacy Professionals, LLP complete access to Defendant's books records within twenty-one (21) days so that the Trust Funds may conduct an audit of Defendant's fringe benefit contributions for the period January 1, 2012 through the present;

B.      to pay any and all amounts the Trust Funds may discover to be due pursuant to the audit;

C.      to pay auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;

D.      to pay interest on the amount that is due;

E.      to pay interest or liquidated damages on the amount that is due, whichever is greater; and

F.      to pay reasonable attorneys' fees and costs the Trust Funds incurred in this action and attorneys' fees that the Trust Funds incur to obtain full compliance with this Order and to collect any amounts due and owing to the Trust Funds.

It is further ordered that the Court reserves the right to award such other and further relief as the Court deems just and equitable.

Trust Funds shall serve a copy of this Order on Defendant.

_____
9/2/14
Date

_____
Judge John Z. Lee

14 CV 03738

Exhibit B

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 14 CV 3738 |
| v. | ) ) | Judge Lee |
| ARCHITECTURAL SYSTEMS, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF JOHN LIBBY

I, John Libby, hereby declare, under penalty of perjury pursuant to the laws of the United States, that the following statements are true to the best of my knowledge information and belief:

1.      I am the Manager, Audits & Collections for the Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust Funds").

2.      As part of my duties, I am responsible for managing the collection of contributions for medical, pension and other benefits due from numerous employers pursuant to collective bargaining agreements between the employers and the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") and between employers and the United Brotherhood of Carpenters and Joiners of America.

3.      ARCHITECTURAL SYSTEMS, INC. ("Defendant") is an employer bound by a collective bargaining agreement with the Union ("Area Agreement"). A copy of the Agreement dated March 14, 1997 between Defendant and the Union by which Defendant agreed to be bound

by the Area Agreement is attached as Exhibit B-1. The Agreement binds Defendant to the Area Agreement with the Union and the trust agreements establishing the Trust Funds. The Agreement, the Area Agreement and the trust agreements are collectively referred to herein as "Agreements."

4. Pursuant to the Agreements, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the jurisdiction of the Union.

5. Pursuant to the Agreements, Defendant also agreed to submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.

6. The Trust Funds engaged Legacy Professionals, LLP ("Legacy") to conduct an audit of Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2012 through March 31, 2014.

7. Defendant produced records to Legacy. Legacy prepared a report of Defendant's fringe benefit contributions to the Trust Funds based on Legacy's review of the records produced by Defendant. Legacy delivered a copy of its original Audit Report to the Trust Funds for Defendant's account. The Trust Funds made demand on Defendant to pay the amount due according the original Audit Report.

8. Thereafter, Defendant produced additional documents to the Trust Funds in order to explain why it believed that it did not owe all of the contributions set forth in the original Audit Report prepared by Legacy. Based on the records produced by Defendant, the Trust Funds adjusted the original Audit Report. A copy of the adjusted Audit Report is attached as Exhibit B-2. According to the adjusted Audit Report and based on the records produced by Defendant to

Legacy and to the Trust Funds, Defendant owes $11,977.31 in unpaid fringe benefit contributions to the Trust Funds.

9.  The Agreements provide that the Trust Funds collect liquidated damages on unpaid fringe benefit contributions at a rate of 1½ percent compounded monthly and capped at 20 percent. The Agreements also provide that the Trust Funds collect interest on unpaid fringe benefit contributions as allowed by law.

10. Because Defendant failed to comply with the terms of the Agreements, the Trust Funds have had to employ the services of attorney McJessy Ching & Thompson, LLC. As a result, the Trust Funds incurred attorneys' fees and costs.

11. A summary of the updated calculations of accrued interest and liquidated damages as of April 10, 2015 is attached hereto as Exhibit B-3. Defendant owes $430.83 in unpaid interest calculated pursuant to 26 U.S.C. §6621 and $2,395.46 in unpaid liquidated damages calculated in accordance with the Agreements.

12. The Trust Funds paid Legacy $4,021.20 as auditors' fees for Legacy to conduct its review of Defendant's books and records and to prepare the Audit Reports.

13. I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

_____
John Libby

_____
4/20/15
Date

14 CV 03738

# Exhibit B-1

# MEMORANDUM OF AGREEMENT

Firm  Architectural Systems, Inc.          Address      11 Cumberland Court

City     Cary           State   IL    Zip    60013    Phone   847/639-8484

     THIS AGREEMENT is entered into between the CHICAGO AND NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS, COOK, DUPAGE, GRUNDY, IROQUOIS, KANE, KANKAKEE, KENDALL, LAKE, MCHENRY and WILL COUNTIES, ILLINOIS, hereinafter referred to as the "UNION" and

## ARCHITECTURAL SYSTEMS, INC.

its successors and assigns, hereinafter referred to as the "EMPLOYER".

     This Agreement is made in consideration of the instant promises of the UNION and the EMPLOYER and the parties do hereby agree as follows:

     1.     The EMPLOYER recognizes the UNION as the sole and exclusive bargaining agent for and on behalf of the Employees of the EMPLOYER within the territorial and occupational jurisdiction of the UNION. Prior to recognition, the EMPLOYER has reviewed valid evidence and agrees that the UNION is the exclusive designated Bargaining Representative of a majority of the appropriate bargaining unit employees of the EMPLOYER.

     2.     The EMPLOYER and the UNION, hereby incorporate by reference and agree to be bound by the Area Agreements in effect on the date this document is executed through their respective expiration dates. Those Agreements include, but are not limited to, the following:

the Area Agreement negotiated between the UNION and the Mid-America Regional Bargaining Association (M.A.R.B.A.), the Addendum negotiated between the UNION and the Residential Construction Employers Council (R.C.E.C.) covering Cook, Lake and DuPage Counties, the Agreement negotiated between the Union and the Contractors Association of Will and Grundy Counties covering Grundy County, the Agreement negotiated between the Union and the Contractors Association of Will and Grundy Counties covering Will County, the Agreement negotiated between the Union and the Residential Construction Employers Council (R.C.E.C.) covering Will County, the contract negotiated between the UNION and the Kankakee and Iroquois County Contractors Association, the Agreement negotiated between the UNION and the Fox Valley Contractors Association, and the Residential Construction Employers Council (R.C.E.C.) covering Kane, Kendall and McHenry County, as well as any contracts

negotiated between the UNION and other associations involved in various subtrades within the Union's occupational jurisdiction.

3.     The EMPLOYER agrees to be bound by the terms of the Trust
Agreements of the Fringe Benefit Trust Funds to which contributions are required to be made under the Agreements referred to in numbered paragraph 2 hereof and all rules and regulations adopted by the Trustees thereof. The EMPLOYER further agrees to make prompt payments of the per hour contributions with respect to each Trust Fund for all Employees performing bargaining unit work and/or covered by the Agreement including nonbonded and nonsignatory subcontractors as required by the applicable provisions of each agreement.

4.     This Agreement and the adoption of the Area Agreement and Declarations of Trust referred to in paragraphs two and three above, shall be effective upon the date that this document is executed and remain in full force and effect to and including the expiration date of the respective Area Agreements adopted herein.   Unless the EMPLOYER gives written notice to the UNION of its desire to terminate or modify the Agreement at least three (3) calendar months prior to the expiration of such Agreements, the Agreement shall continue in full force and effect through the full term and duration of all subsequent agreements(s).

5.     EMPLOYER HEREBY ACKNOWLEDGES RECEIPT OF THE AREA AGREEMENT AS WELL AS COPIES OF THE AGREEMENTS INCORPORATED BY REFERENCE THEREOF FOR ALL TEN (10) COUNTIES.

IN WITNESS WHEREOF the parties have executed this Memorandum of  Agreement the
_____14th_____ day of _____March,_____ 19 _97_____

EMPLOYER: ____Architectural____      CHICAGO AND NORTHEAST ILLINOIS
                                                              DISTRICT COUNCIL OF CARPENTERS

                      ____Systems, Inc.____


By: __Mr. James M. Chavez,  President__
         (Print or Type Name)        (Title)


_____                _____
          (Signature)                                           (District Council Officer)
                                         2

# 14 CV 03738

# Exhibit  B-2

# Discrepancy Summary By Month

| Reporting Period | Discrepancy Total Hours | Discrepancy Benefit Hours | Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|
| November 2013 | 88.00 | 88.00 | 26.87 | $2,364.56 |
| December 2013 | 240.50 | 240.50 | 26.87 | $6,462.24 |
| January 2014 | 60.00 | 60.00 | 26.87 | $1,612.20 |
| February 2014 | 57.25 | 57.25 | 26.87 | $1,538.31 |

| | Total Hours | 445.75 | Benefit Hours | 445.75 | Discrepancy Amount | $11,977.31 |
|---|---|---|---|---|---|---|
| | | | | | Liquidated Damages | $2,388.69 |
| | | | | | Total Amount Due | $14,366.00 |

# Discrepancy Summary By Error Type

| Code | Description | Dollar Amount |
|------|-------------|--------------:|
| | **SIGNATORY EMPLOYER: PAYROLL** | |
| P1 | Clerical Error | $10,385.26 |
| P2 | Prior to Hours | $268.70 |
| | **SIGNATORY EMPLOYER: CASH DISBURSEMENTS** | |
| CD15 | Additional Pay | $1,323.35 |
| | Sub-Total Discrepancies From All Listed Codes | $11,977.31 |
| | Liquidated Damages | $2,388.69 |
| | Total Amount Due | $14,366.00 |

# Liquidated Damages Schedule

| Account Number: | 21403 | Audit Period: | Jan 12 - Mar 14 |
|---|---|---|---|
| Employer: | Architectural Systems Inc | Contact: | Jim Chavez |
| Address: | 4224 Foxborough Circle | Title: | President |
| | Kankakee, IL 60901 | | |
| Phone: | 847-639-8484 | Page: | 3 of 7 |

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| November 2013 | $2,364.56 | 15.00 | 20.00% | $472.91 |
| December 2013 | $6,462.24 | 14.00 | 20.00% | $1,292.45 |
| January 2014 | $1,612.20 | 13.00 | 20.00% | $322.44 |
| February 2014 | $1,538.31 | 12.00 | 19.56% | $300.89 |

|  |  |  |  |
|---|---|---|---|
| | | Total Damages this Schedule | $2,388.69 |
| Total Discrepancies | $11,977.31 | 20% of Discrepancies | $2,395.46 |
| **Assessed Damages** | | | $2,388.69 |

# Monthly Detail Report

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | W/E 06-Nov | W/E 13-Nov | W/E 20-Nov | W/E 27-Nov | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | \* \* \* \* \* Actual Hours Per Week \* \* \* \* \* | | | | | | | | |
| | Castellano, Paul | P1 | 40.00 | 40.00 | 24.00 | 40.00 | 20.00 | 25.00 | | 109.00 | | 69.00 | 69.00 |
| | Correa, Luis | P1 | 40.00 | 40.00 | 0.00 | 0.00 | 19.00 | 25.00 | | 44.00 | | 4.00 | 4.00 |
| | Meller, David | P1 | 36.00 | 36.00 | 0.00 | 0.00 | 14.00 | 37.00 | | 51.00 | | 15.00 | 15.00 |
| | Total | | | | 24.00 | 40.00 | 53.00 | 87.00 | 0.00 | 204.00 | | 88.00 | 88.00 |

Total Items Listed in this Period:  3.00

# Monthly Detail Report

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | W/E 04-Dec | W/E 11-Dec | W/E 18-Dec | W/E 25-Dec | W/E 31-Dec | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | \* \* \* \* \* Actual Hours Per Week \* \* \* \* \* \* | | | | | | | | |
| | Castellano, Paul | P1 | 48.00 | 48.00 | 24.00 | 34.00 | 24.00 | 32.00 | 16.00 | 130.00 | | 82.00 | 82.00 |
| | Coatar, James | P2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 10.00 | | 10.00 | 10.00 |
| | Correa, Luis | P1 | 48.00 | 48.00 | 21.00 | 37.50 | 24.00 | 8.00 | 19.00 | 109.50 | | 61.50 | 61.50 |
| | Meller, David | P1 | 60.00 | 60.00 | 20.00 | 40.00 | 36.00 | 35.00 | 16.00 | 147.00 | | 87.00 | 87.00 |
| | Total | | 65.00 | 111.50 | 84.00 | 75.00 | 61.00 | | | 396.50 | | 240.50 | 240.50 |

Total Items Listed in this Period: 4.00

REDACTED

# Monthly Detail Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account Number: | 21403 | | | Audit Period: | Jan 12 - Mar 14 | | |
| Employer: | Architectural Systems Inc | | | Month: | **January 2014** | | |
| Address: | 4224 Foxborough Circle | | | | | | |
| | Kankakee, IL 60901 | | | Page # : | 6 of 7 | | |
| Phone: | 847-639-8484 | | | | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 06-May | W/E 13-May | W/E 20-May | W/E 27-May | | | | | |
| | Castellano, Paul | P1 | 76.00 | 76.00 | 16.00 | 25.00 | 28.00 | 16.00 | | 85.00 | | 9.00 | 9.00 |
| | Coatar, James | P1 | 30.00 | 30.00 | 14.00 | 15.00 | 15.00 | 4.00 | | 48.00 | | 18.00 | 18.00 |
| | Correa, Luis | P1 | 72.00 | 72.00 | 15.00 | 26.00 | 35.00 | 16.00 | | 92.00 | | 20.00 | 20.00 |
| | Meller, David | P1 | 71.00 | 71.00 | 19.00 | 19.00 | 30.00 | 16.00 | | 84.00 | | 13.00 | 13.00 |
| | Total | | | | 64.00 | 85.00 | 108.00 | 52.00 | 0.00 | 309.00 | | 60.00 | 60.00 |

REDACTED

Total Items Listed in this Period: 4.00

# Monthly Detail Report

Account Number: 21403

Employer: Architectural Systems Inc
Address: 4224 Foxborough Circle
Kankakee, IL 60901
Phone: 847-639-8484

Audit Period: Jan 12 - Mar 14

Month: **February 2014**

Page # : 7 of 7

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 05-Feb | W/E 12-Feb | W/E 19-Feb | W/E 26-Feb | | | | | |
| | Coatar, James | CD15 | 0.00 | 0.00 | 19.75 | 0.00 | 0.00 | 0.00 | | 19.75 | | 19.75 | 19.75 |
| | Coatar, James | P1 | 7.00 | 7.00 | 4.00 | 0.00 | 0.00 | 3.00 | | 7.00 | | 0.00 | 0.00 |
| | Correa, Luis | CD15 | 0.00 | 0.00 | 23.25 | 0.00 | 0.00 | 0.00 | | 23.25 | | 23.25 | 23.25 |
| | Correa, Luis | P1 | 41.00 | 41.00 | 6.00 | 6.00 | 6.00 | 23.00 | | 41.00 | | 0.00 | 0.00 |
| | Meller, David | CD15 | 0.00 | 0.00 | 6.25 | 0.00 | 0.00 | 0.00 | | 6.25 | | 6.25 | 6.25 |
| | Meller, David | P1 | 41.00 | 41.00 | 6.00 | 6.00 | 14.00 | 23.00 | | 49.00 | | 8.00 | 8.00 |
| | | Total | 65.25 | | 12.00 | 20.00 | 49.00 | 0.00 | | 146.25 | | 57.25 | 57.25 |

Total Items Listed in this Period: 6.00

14 CV 03738

Exhibit B-3

# Interest & Damages Summary

Account Number: 21403                    Calculation Date: April 10, 2015

Employer:        Architectural Systems Inc
Address:         4224 Foxborough Circle
                 Kankakee, IL 60901

| Reporting Period | Delinquency Amount | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|
| November 2013 | $2,364.56 | $92.44 | $472.91 | $2,929.91 |
| December 2013 | $6,462.24 | $235.82 | $1,292.45 | $7,990.51 |
| January 2014 | $1,612.20 | $54.35 | $322.44 | $1,988.99 |
| February 2014 | $1,538.31 | $48.22 | $307.66 | $1,894.19 |
| Totals | $11,977.31 | $430.83 | $2,395.46 | $14,803.60 |

# 14 CV 03738

# Exhibit  C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | 14 CV 03738 |
| v. | ) ) | |
| ARCHITECTURAL SYSTEMS, INC., an Illinois corporation, | ) ) ) | Judge Lee |
| Defendant. | ) | |

## DECLARATION OF KEVIN P. MCJESSY

I, Kevin P. McJessy, hereby declare, under penalty of perjury pursuant to the laws of the United States, that the following statements are true:

1.      I am one of the attorneys representing the Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program, and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against ARCHITECTURAL SYSTEMS, INC., an Illinois corporation ("Defendant").

2.      I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995.  I am an attorney with McJessy, Ching & Thompson, LLC ("MC&T").

3.      As part of my practice, I handle claims under ERISA.  I personally represented the Trust Funds in this Lawsuit.  I have represented the Trust Funds in this Lawsuit since its inception.

4. The Trust Funds have incurred $8,082.88 in fees and expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust, including preparing and filing a complaint, a motion for entry of default, a motion for rule to show cause and motions for entry of final judgment. I have also been responsible for trying to negotiate a resolution of the lawsuit. A redacted copy of the billing statement from MC&T from the inception of this Lawsuit to the present, redacted to protect privileged communications, is attached as Exhibit C-1. The detailed billing statement describes in detail all work performed by MC&T in this matter.

a) The Trust Funds have collectively incurred fees totaling $6,800 for 42.5 hours of attorney services. The substantially reduced hourly rate for attorneys at MC&T for Trust Funds matters is $160.00 per hour.

b) The Trust Funds have collectively incurred fees totaling $282.00 for 4.7 hours of paralegal time. The substantially reduced hourly rate for paralegals at MC&T for Trust Fund matters is $60.00 per hour.

c) The Trust Funds incurred $1,000.88 in expenses for the filing fee, process servers, legal research charge, courier charges, postage and photocopy charges.

5. The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters and are substantially reduced from MC&T for other clients.

6. I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____     4/16/15
Kevin P. McJessy                    Date

14 CV 03738

Exhibit  C-1

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | Disbs | Fees | Bld Inv# | Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **1000** | **Chicago Regional Council of Carpenters -** | | | | | | | | | |
| **0211-ARCH** | **Architectural Systems, Inc.** | | | | | | | | Resp Lawyer: KM | |
| Mar 19/2014 81586 | Lawyer: KM 0.70 Hrs X 160.00 Telephone call from N. Wu regarding arrangements for audit demand letter. (.2) Reviewed and responded to correspondence from N. Wu regarding request for final demand letter to Architectural Systems. (.1) Reviewed Illinois Secretary of State records for status of Architectural Systems, current officers and addresses; prepared audit demand letter to Architectural Systems. (.4) | | | | 112.00 | 8303 | | | | |
| Apr 1/2014 82170 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed and responded to correspondence from N. Wu advising he has not been contacted by Architectural Systems, Inc. and he is returning audit as no audit / no cooperation. | | | | 16.00 | 8371 | | | | |
| Apr 10/2014 81921 | Billing on Invoice 8303 FEES 112.00 | | | 0.00 | | 8303 | | | | |
| Apr 21/2014 81993 | Chicago Regional Council of Carpe PMT - | 01464 | 112.00 | | | | | | | |
| May 8/2014 82732 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from M. Ragona regarding uploading of Architectural Systems report to portal. | | | | 16.00 | 8459 | | | | |
| May 12/2014 82164 | Lawyer: KM 0.10 Hrs X 160.00 Download audit report from Legacy Professionals' portal and reviewed audit report for no audit/no cooperation. | | | | 16.00 | 8459 | | | | |
| May 19/2014 82540 | Billing on Invoice 8371 FEES 16.00 | | | 0.00 | | 8371 | | | | |
| May 20/2014 82553 | Lawyer: SK 0.20 Hrs X 60.00 Prepared summons, civil cover sheet and K. McJessy appearance. | | | | 12.00 | 8459 | | | | |
| May 21/2014 82555 | Lawyer: SK 0.60 Hrs X 60.00 Filed complaint, civil cover sheet and K. McJessy appearance with court; reviewed court notice re: judges assignments and completed summons as appropriate; prepared email correspondence to court intake clerk forwarding summons for issuance; prepared correspondence to Judge Lee forwarding courtesy copy of complaint; prepared email correspondence to process server forwarding summons and complaint for service. | | | | 36.00 | 8459 | | | | |
| May 21/2014 82846 | Lawyer: KM 1.60 Hrs X 160.00 Reviewed audit referral file from Trust Funds. Prepared complaint against Architectural Systems for failing to comply with audit demands. Reviewed summons, appearance and civil cover forms prior to filing of same. | | | | 256.00 | 8459 | | | | |
| May 23/2014 82868 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed ECF court order of Judge Lee setting initial status hearing for 7/15/14 and initial status report requirement. | | | | 16.00 | 8459 | | | | |
| May 30/2014 82614 | Lawyer: SK 0.20 Hrs X 60.00 Reviewed process server's affidavit of service of summons and complaint and filed same electronically with court. | | | | 12.00 | 8459 | | | | |
| May 31/2014 82634 | Expense Recovery Photocopy Recovery | 00288 | | 4.56 | | 8459 | | | | |
| May 31/2014 82909 | Midwest Investigations Process Server recovery - Service of Summons and Complaint | 4395 | | 125.00 | | 8459 | | | | |
| Jun 1/2014 82619 | Lawyer: KM 0.40 Hrs X 160.00 Reviewed correspondence from N. | | | | 64.00 | 8508 | | | | |

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | \|----- General -----\| Rcpts Disbs | Fees | Bld\|--------- Trust Activity ----------\| Inv# Acc Rcpts Disbs Balance |
|---|---|---|---|---|---|

Wu regarding contact from Architectural Systems on 5/30/14 and setting up appointment. (.1) Reviewed file materials for status of service of complaint; reviewed affidavit of service of complaint served on 5/27/14. (.2) Prepared correspondence to N. Wu advising of status of litigation and appointment was almost certainly the result of Architectural Systems getting sued. (.1)

**Jun 2/2014 — 83512**   Lawyer: KM 0.20 Hrs X 160.00   Reviewed correspondence from N. Wu regarding confirmation that on 5/30/14 Architectural Systems made arrangements for an audit. Reviewed records for affidavit of service. Responded to correspondence from N. Wu confirming appointment with Architectural Systems and advising that Architectural Systems was served on 5/27/14 and that is why Legacy received the call to set up the appointment on 5/30/14.   **32.00**   8508

**Jun 3/2014 — 83575**   Lawyer: KM 0.10 Hrs X 160.00   Prepared correspondence to defendant forwarding court order.   **16.00**   8508

**Jun 3/2014 — 83576**   Lawyer: KM 0.10 Hrs X 160.00   Reviewed correspondence from N. Wu confirming appointment set by James Chavez of Architectural Systems for audit on 6/24/14.   **16.00**   8508

**Jun 6/2014 — 82930**   Chicago Regional Council of Carpe   PMT -   01476   16.00

**Jun 9/2014 — 83183**   Billing on Invoice 8459   FEES 364.00   DISBS 129.56   0.00   8459

**Jun 19/2014 — 83267**   US Messenger & Logistics   Courier Recovery   4402   14.60   8508

**Jun 20/2014 — 83312**   Chicago Regional Council of Carpe   PMT -   01486   493.56

**Jun 23/2014 — 83734**   Lawyer: KM 0.10 Hrs X 160.00   Reviewed correspondence from N. Wu confirming field appointment has been rescheduled to July 1, 2014 at request of J. Chavez.   **16.00**   8508

**Jun 26/2014 — 83370**   Capital One Services   Filing Fee   4406   400.00   8508

**Jun 30/2014 — 83770**   Lawyer: KM 0.10 Hrs X 160.00   Reviewed correspondence from N. Wu confirming audit appointment for 7/1/14.   **16.00**   8508

**Jul 7/2014 — 84221**   Lawyer: KM 0.20 Hrs X 160.00   Telephone call from N. Wu confirming some documents still missing from audit; will prepare and forward follow up record request to the company today with copy to KPM. (.1) Reviewed correspondence from N. Wu forwarding record request to J. Chavez; reviewed record request. (.1)   **32.00**   8575

**Jul 8/2014 — 83455**   Lawyer: SK 0.20 Hrs X 60.00   Filed initial status report with court and prepared correspondence to Judge Lee forwarding courtesy copy of same.   **12.00**   8575

**Jul 8/2014 — 83459**   Lawyer: KM 0.50 Hrs X 160.00   Reviewed Judge Lee's website for status report requirements. Reviewed file for status of appearance by Architectural Systems. Prepared initial status report.   **80.00**   8575

**Jul 14/2014 — 83546**   Lawyer: SK 0.20 Hrs X 60.00   Confer with Judge Lee's clerk regarding placing CRCC case at start of call due to conflict with Judge Gettleman - matter continued to 8/20/14; confer with J. Chavez of   **12.00**   8575

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | Disbs | Fees | Bld Inv# Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | Architectural Systems regarding same - Chavez says he has only few documents remaining to get to auditor N. Wu and then everything should be completed. | | | | | | | | |
| Jul 15/2014 84279 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed ECF court order of Judge Lee resetting court hearing date to 8/20/14. | | | | 16.00 | 8575 | | | |
| Jul 17/2014 83636 | US Messenger & Logistics Courier Recovery | 4427 | | 14.60 | | 8575 | | | |
| Jul 18/2014 83834 | Billing on Invoice 8508 FEES 160.00 DISBS 414.60 | | | 0.00 | | 8508 | | | |
| Jul 18/2014 84301 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from N. Wu advising that Architectural Systems, Jim Chavez, is working to produce records, next production due 7/31/14. | | | | 16.00 | 8575 | | | |
| Jul 31/2014 84088 | Expense Recovery Photocopy Recovery | 00293 | | 1.20 | | 8575 | | | |
| Jul 31/2014 84119 | US Messenger & Logistics Courier Recovery | 4440 | | 14.60 | | 8575 | | | |
| Aug 1/2014 84833 | Lawyer: KM 0.50 Hrs X 160.00 Reviewed and responded to correspondence from N. Wu forwarding record request to Architectural Systems and briefly reviewed record request. (.1) Telephone call with Dan Jancich following up on Nick Wu's audit and learning that Architectural systems has not produced all documents requested in audit process and password and login information provided by Architectural Systems for payroll account. (.4) | | | | 80.00 | 8629 | | | |
| Aug 8/2014 84886 | Lawyer: KM 0.30 Hrs X 160.00 Started drafting motion for entry of default order. | | | | 48.00 | 8629 | | | |
| Aug 15/2014 84492 | Billing on Invoice 8575 FEES 168.00 DISBS 30.40 | | | 0.00 | | 8575 | | | |
| Aug 19/2014 84608 | Chicago Regional Council of Carpe PMT - | 01510 | 574.60 | | | | | | |
| Aug 19/2014 85005 | Lawyer: KM 1.40 Hrs X 160.00 Reviewed file materials regarding status of Defendants' compliance with audit, compliance delayed, (.2) Prepared declaration of J. Libby in support of motion for entry of default judgment. (.4) Completed drafting motion for entry of default order; reviewed file materials as necessary to prepare deposition order. (.5) Drafted proposed order for entry of default. (.3) | | | | 224.00 | 8629 | | | |
| Aug 20/2014 84580 | Lawyer: SK 0.60 Hrs X 60.00 Reviewed Judge Lee's website for current motion schedule and courtesy copy requirements; prepared notice of motion for entry of an order of default; filed motion for entry of order of default with court; filed notice of motion with court; prepared correspondence to Judge Lee forwarding courtesy copies of same. | | | | 36.00 | 8629 | | | |
| Aug 20/2014 84665 | Lawyer: KM 1.10 Hrs X 160.00 Appeared in court before Judge Lee for status hearing on progress of audit and appearance of Defendant, defendant has not appeared likely to file motion for default by tomorrow. Reviewed ECF court order of Judge Lee ordering that motion for default be filed by 8/21/14. | | | | 176.00 | 8629 | | | |
| Aug 20/2014 84780 | Expense Recovery Postage Recovery | 00295 | | 1.61 | | 8629 | | | |

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | Disbs | Fees | Bld Inv# | Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Aug 25/2014 84936 | Lawyer: KM 0.20 Hrs X 160.00 Reviewed correspondence from N. Wu advising that he has not received most recently requested documents from J. Chavez, no response and forwarding copy of most recent record request; reviewed record request. | | | | 32.00 | 8629 | | | | |
| Aug 27/2014 84686 | Lawyer: KM 0.10 Hrs X 160.00 Telephone call with N. Wu regarding Architectural Systems not producing records, advised him that matter is set for default judgment on 9/2/14 and will send order along with 8/25/14 record request to Architectural Systems once court enters the order. | | | | 16.00 | 8629 | | | | |
| Aug 29/2014 84735 | Chicago Regional Council of Carpe PMT - | 01518 | 198.40 | | | | | | | |
| Aug 31/2014 84772 | Expense Recovery Photocopy Recovery | 00294 | | 11.52 | | 8629 | | | | |
| Sep 2/2014 85426 | Lawyer: KM 1.30 Hrs X 160.00 Appeared in court before Judge Lee for hearing on Trust Funds' motion for entry of default judgment, motion granted. Reviewed ECF court order of Judge Lee entering default order. | | | | 208.00 | 8690 | | | | |
| Sep 4/2014 85440 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from C. Acevedo seeking word version of proposed order of default. | | | | 16.00 | 8690 | | | | |
| Sep 5/2014 85362 | Expense Recovery Postage Recovery | 00296 | | 7.80 | | 8690 | | | | |
| Sep 5/2014 85457 | Lawyer: KM 0.40 Hrs X 160.00 Prepared correspondence to J. Chavez forwarding Order of Default entered against Architectural Systems and advising of requirements for compliance and consequences of noncompliance. | | | | 64.00 | 8690 | | | | |
| Sep 16/2014 85031 | Billing on Invoice 8629 FEES 612.00 DISBS 13.13 | | | | 0.00 | 8629 | | | | |
| Sep 24/2014 85588 | Lawyer: KM 0.10 Hrs X 160.00 Telephone call from N. Wu regarding no word from Architectural Systems about audit despite court order. | | | | 16.00 | 8690 | | | | |
| Sep 24/2014 85592 | Lawyer: KM 0.50 Hrs X 160.00 Started drafting motion for rule to show cause for failing to cooperate with the auditor. | | | | 80.00 | 8690 | | | | |
| Sep 25/2014 85350 | Expense Recovery Postage Recovery | 00296 | | 1.61 | | 8690 | | | | |
| Sep 25/2014 85598 | Lawyer: KM 0.70 Hrs X 160.00 Completed motion for rule to show cause; edited and revised same prior to filing; reviewed file materials for exhibits to motion. | | | | 112.00 | 8690 | | | | |
| Sep 25/2014 85651 | Lawyer: SK 0.50 Hrs X 60.00 Prepared notice of motion for rule to show cause; filed notice and motion for rule to show cause with court; prepared correspondence to Judge Lee forwarding courtesy copies of same. | | | | 30.00 | 8690 | | | | |
| Sep 26/2014 85197 | US Messenger & Logistics Courier Recovery | 4480 | | 14.60 | | 8690 | | | | |
| Sep 30/2014 85264 | US Messenger & Logistics Courier Recovery | 4490 | | 14.60 | | 8690 | | | | |
| Sep 30/2014 85381 | Expense Recovery Photocopy Recovery | 00297 | | 12.24 | | 8690 | | | | |
| Oct 2/2014 86019 | Lawyer: KM 1.90 Hrs X 160.00 Appeared in court before Judge Lee regarding hearing on motion for rule to show cause; hearing date set for 11/5/14. (1.5) Filled in hearing date in proposed draft order; reviewed Judge Lee's policy for submitting online order and submitted proposed draft order to Judge Lee's online submission email. (.3) | | | | 304.00 | 8754 | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | \|----- General -----\| Rcpts    Disbs | Fees | Bld Inv# | \|----------- Trust Activity -----------\| Acc    Rcpts    Disbs    Balance |
|---|---|---|---|---|---|---|

|  |  |  |  |  |  |  |
| | Reviewed ECF court order of Judge Lee setting show cause hearing for 11/5/14 and proposed order submission. (.1) | | | | | |
| Oct 6/2014 85340 | Chicago Regional Council of Carpe PMT - | 01524 | 625.13 | | | |
| Oct 6/2014 86038 | Lawyer: KM 0.50 Hrs X 160.00 Briefly reviewed Lexis report on J. Chavez regarding confirmation of where he is in light of need to serve order and in light of ongoing failure to acknowledge lawsuit; confirmed his address. (.2) Prepared correspondence to J. Chavez forwarding court order and explaining implications if he ignores the order. (.3) | | | 80.00 | 8754 | |
| Oct 14/2014 85398 | Lawyer: SK 0.40 Hrs X 60.00 Prepared notice of filing of affidavit of service of 10/2/14 court order and 10/7/14 McJessy transmittal letter; prepared correspondence to Judge Lee forwarding courtesy copy of same. | | | 24.00 | 8754 | |
| Oct 20/2014 85672 | Billing on Invoice 8690 FEES           526.00 DISBS           50.85 | | 0.00 | | 8690 | |
| Oct 30/2014 85866 | Midwest Investigations Process Server recovery - Service of Rule to Show Cause Order and McJessy letter | 4505 | 105.00 | | 8754 | |
| Oct 31/2014 85893 | Expense Recovery Photocopy Recovery | 00298 | 1.68 | | 8754 | |
| Nov 4/2014 85931 | Lawyer: SK 0.40 Hrs X 60.00 Prepared appearance of J. Sopata; filed Sopata appearance with court; prepared correspondence to Judge Lee forwarding courtesy copy of Sopata appearance. | | | 24.00 | 8826 | |
| Nov 4/2014 86747 | Lawyer: JS 0.20 Hrs X 160.00 Prepare for 11/5/14 rule to show cause hearing. | | | 32.00 | 8826 | |
| Nov 4/2014 86913 | Lawyer: KM 0.40 Hrs X 160.00 Confer with J. Sopata regarding ███████████████████ | | | 64.00 | 8826 | |
| Nov 5/2014 86618 | Lawyer: KM 0.40 Hrs X 160.00 Prepared letter to defendant forwarding show cause letter. (.3) Reviewed ECF court order of Judge Lee on motion for rule to show cause, continued, new date 11/18/14, body attachment denied, potential fine imposed; confer with S. Keating regarding ████████. (.1) | | | 64.00 | 8826 | |
| Nov 5/2014 86749 | Lawyer: JS 1.50 Hrs X 160.00 Attend rule to show cause hearing at which judge entered and continued motion and ordered fine for non-compliance. | | | 240.00 | 8826 | |
| Nov 6/2014 85938 | Lawyer: SK 0.20 Hrs X 60.00 Reviewed Lexis report on J. Chavez and prior affidavit of service and prepared detailed email correspondence to process server forwarding 11/5/14 court order and McJessy 11/6/14 letter concerning continued rule to show cause. | | | 12.00 | 8826 | |
| Nov 12/2014 86030 | Lawyer: KM 0.90 Hrs X 160.00 Telephone call from Graham Hartung (815) 275-0189 regarding representation of Architectural Systems; will be in court on 11/18/14; discussed background of litigation and need for audit compliance, GH's belief that Brett Haddix is scheduled to audit on | | | 144.00 | 8826 | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | \|----- General -----\| Rcpts Disbs | Fees | Bld \|----------- Trust Activity -----------\| Inv# Acc Rcpts Disbs Balance |
|---|---|---|---|---|---|

| | Friday and possible second lawsuit and forwarded information by email to GH regarding audit.  (.5) Telephone call with M. Ragona regarding status of audit, audit switched from N. Wu to B. Haddix at request of owner of Architectural Systems.  (.2)  Telephone call with G. Hartung following up on earlier call to confirm audit situation.  (.1)  Telephone call with J. Conklin | | | | |
| | ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬ (.1) | | | | |
| Nov 13/2014 86095 | Lawyer: KM  0.20 Hrs X 160.00 Telephone call from B. Haddix regarding rescheduling of audit from tomorrow to 11/14/14 at J. Chavez's request. | | | 32.00 | 8826 |
| Nov 13/2014 86122 | US Messenger & Logistics Courier Recovery | 4523 | 14.60 | | 8826 |
| Nov 14/2014 86246 | Chicago Regional Council of Carpe PMT - | 01537 | 576.85 | | |
| Nov 14/2014 86256 | Lawyer: SK  0.40 Hrs X 60.00 Reviewed process server's affidavit of service upon J. Chavez of continued rule to show cause and K. McJessy correspondence; prepared notice of filing for same and filed same electronically with court; prepared correspondence to Judge Lee forwarding courtesy copy of same. | | | 24.00 | 8826 |
| Nov 14/2014 86307 | Billing on Invoice 8754 FEES     408.00 DISBS    106.68 | | | 0.00 | 8754 |
| Nov 14/2014 86766 | Lawyer: KM  0.10 Hrs X 160.00 Reviewed proof of service of Rule to Show Cause hearing on Architectural Systems. | | | 16.00 | 8826 |
| Nov 17/2014 86781 | Lawyer: KM  0.40 Hrs X 160.00 Telephone call from J. Chavez and B. Haddix and Graham Hartung regarding results of audit and hearing set for tomorrow. | | | 64.00 | 8826 |
| Nov 18/2014 86790 | Lawyer: KM  2.30 Hrs X 160.00 Appeared in court for 2:00 PM hearing on rule to show cause motion; appearance of defendant at hearing and Defendant has cooperated with the auditor yesterday and post-hearing conference with representative of Architectural Systems and its counsel, what to expect from audit, how to respond to audit once it is completed--i.e., directly to J. Conklin, Trust Funds--in order to limit attorneys' fees and costs, and likely will be substantial findings based on limited invoices produced.  (2.2) Reviewed and responded to correspondence from Graham Hartong regarding meeting after court.  (.1) | | | 368.00 | 8826 |
| Nov 20/2014 86811 | Lawyer: KM  0.10 Hrs X 160.00 Reviewed ECF court order of Judge Lee, audit report to be produced by 12/12/14 and status hearing set for 12/15/14. | | | 16.00 | 8826 |
| Nov 21/2014 86489 | Chicago Regional Council of Carpe PMT - | 01540 | 514.68 | | |
| Nov 30/2014 86649 | US Messenger & Logistics Courier Recovery | 4538 | 14.60 | | 8826 |
| Nov 30/2014 86651 | US Messenger & Logistics Courier Recovery | 4538 | 14.60 | | 8826 |

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chg# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Activity Rcpts | Trust Activity Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov 30/2014 86658 | US Messenger & Logistics Courier Recovery | 4538 | | 14.60 | | 8826 | | | | |
| Nov 30/2014 86665 | Midwest Investigations Process Server recovery - Subpoena on James Chavez | 4539 | | 125.00 | | 8826 | | | | |
| Nov 30/2014 86685 | Expense Recovery Photocopy Recovery | 00300 | | 2.64 | | 8826 | | | | |
| Nov 30/2014 87135 | LexisNexis Legal Research - | 4545 | | 1.70 | | 8826 | | | | |
| Dec 1/2014 86586 | Lawyer: KM 0.20 Hrs X 160.00 Telephone call with M. Ragona advising audit report is on the portal and is available for download and summary of the findings, some solid findings and some findings for subcontracting where Architectural Systems did not have invoices. | | | | 32.00 | 8889 | | | | |
| Dec 1/2014 86588 | Lawyer: KM 0.60 Hrs X 160.00 Downloaded audit report from Legacy Professionals portal and reviewed audit report. (.4) Prepared correspondence to Graham Hartung, counsel for Architectural Systems, forwarding audit report and soliciting response directly to the Trust Funds. (.2) | | | | 96.00 | 8889 | | | | |
| Dec 2/2014 86616 | Lawyer: KM 0.70 Hrs X 160.00 Telephone call from M. Ragona regarding completion of audit and available for download, results of audit findings and explanation for findings. (.2) Downloaded report from Legacy Professionals Portal and reviewed report. (.2) Prepared correspondence to G. Hartung regarding results of audit, forwarding audit report and direction to have owner of Architectural Systems follow up directly with Trust Funds. (.2) Reviewed correspondence from G. Hartung regarding Architectural Systems engagement of other counsel. (.1) | | | | 112.00 | 8889 | | | | |
| Dec 5/2014 87378 | Lawyer: KM 0.20 Hrs X 160.00 Reviewed audit report prepared of Architectural Systems. (.2) | | | | 32.00 | 8889 | | | | |
| Dec 9/2014 87031 | Billing on Invoice 8826 FEES DISBS | | 1100.00 187.74 | 0.00 | | 8826 | | | | |
| Dec 15/2014 87103 | Lawyer: KM 1.60 Hrs X 160.00 Telephone call with S. Keating ███████ (.1) Appeared in court before Judge Lee regarding hearing on status of audit and production of report to defendant. (1.3) Telephone call with J. Conklin regarding ███████ (.2) | | | | 256.00 | 8889 | | | | |
| Dec 17/2014 87153 | Lawyer: KM 0.20 Hrs X 160.00 Reviewed ECF court order of Judge Lee setting next hearing date. (.1) Prepared correspondence to G. Hartung and J. Chavez forwarding court order setting hearing for 1/15/14. (.1) | | | | 32.00 | 8889 | | | | |
| Dec 17/2014 87317 | Expense Recovery Postage Recovery | 00302 | | 0.96 | | 8889 | | | | |
| Dec 19/2014 87314 | Expense Recovery Postage Recovery | 00302 | | 0.48 | | 8889 | | | | |
| Jan 2/2015 87229 | Chicago Regional Council of Carpe FMT - | 01553 | 1287.74 | | | | | | | |
| Jan 15/2015 | Lawyer: KM 1.40 Hrs X 160.00 | | | | | | | | | |

| ate | Received From/Paid To | Chq# | \|----- General -----\| | | Fees | Bld | \|---------- Trust Activity ----------\| | | | |
| Entry # | Explanation | Rec# | Rcpts | Disbs | | Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 87978 | Appeared in court for status hearing before Judge Lee; audit nearly complete. | | | | 224.00 | 8955 | | | | |
| an 20/2015 87479 | Lawyer: SK  0.20 Hrs X 60.00 Prepared email correspondence to Judge Dow clerk concerning ECF notice that case was terminated 1/15/15. | | | | 12.00 | 8955 | | | | |
| an 20/2015 87554 | Billing on Invoice 8889 FEES        560.00 DISBS         1.44 | | | 0.00 1.44 | | 8889 | | | | |
| an 20/2015 88108 | Lawyer: KM  0.10 Hrs X 160.00 Reviewed ECF court order of Judge Lee, motion for default to be filed by 2/20/15 and noticed for 2/24/15.  Reviewed ECF court order of Judge Lee case terminated. | | | | 16.00 | 8955 | | | | |
| eb 9/2015 88344 | Lawyer: KM  0.20 Hrs X 160.00 Reviewed file materials for status of adjusted audit and next court-related matter to be completed.  (.1)  Prepared correspondence to J. Conklin ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ Reviewed correspondence from J. Conklin ▬▬▬▬▬▬▬▬ (.1) | | | | 32.00 | 9018 | | | | |
| eb 10/2015 87854 | Chicago Regional Council of Carpe PMT - | 01571 | 561.44 | | | | | | | |
| eb 10/2015 88840 | Lawyer: KM  0.30 Hrs X 160.00 Reviewed correspondence from J. Conklin ▬▬▬▬▬▬▬ (.1)  Reviewed correspondence from J. Conklin ▬▬▬▬; reviewed adjusted audit report and damages summary.  (.2) | | | | 48.00 | 9018 | | | | |
| eb 17/2015 88146 | Billing on Invoice 8955 FEES        252.00 | | | 0.00 | | 8955 | | | | |
| eb 18/2015 88343 | Lawyer: KM  2.90 Hrs X 160.00 Reviewed correspondence from J. Conklin ▬▬▬▬▬; reviewed adjusted audit report.  (.3) Drafted motion for entry of default judgment and supporting documents including declaration of J. Libby, declaration of K. McJessy and draft order of judgment; reviewed file documents as necessary to prepare motion and declarations and to pull exhibits.  (2.4)  Confer with J. Conklin regarding ▬▬▬▬▬▬▬. (.1) Telephone call with J. Libby regarding ▬▬▬▬▬▬ (.1) | | | | 464.00 | 9018 | | | | |
| eb 19/2015 88770 | Lawyer: KM  0.60 Hrs X 160.00 Final review of J. Libby declaration and revisions to correct minor errors and attached relevant exhibits. (.3)  Prepared correspondence to J. Libby ▬▬▬▬▬▬▬ ▬▬▬▬▬▬ (.1)  Prepared draft Order to attach to motion for entry of final judgment order.  (.2) | | | | 96.00 | 9018 | | | | |
| eb 20/2015 88347 | Lawyer: SK  0.60 Hrs X 60.00 Prepared notice of motion for motion for final judgment; filed motion for final judgment with court; filed notice of motion with court; prepared correspondence to Judge Lee forwarding file-stamped courtesy copies of same. | | | | 36.00 | 9018 | | | | |
| eb 20/2015 88410 | Expense Recovery Postage Recovery | 00307 | | 7.00 | | 9018 | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Feb 20/2015 88773 | Lawyer: KM 1.30 Hrs X 160.00 Reviewed correspondence from J. Libby to J. Conklin ▮▮▮▮ ▮▮▮▮▮▮. (.1) Reviewed correspondence from J. Conklin ▮▮▮▮▮▮▮ ▮▮▮▮. (.1) Prepared revised declaration of J. Libby; prepared correspondence to J. Libby ▮▮▮▮▮▮ (.2) Prepared correspondence to G. Hartung forwarding revised audit report. Reviewed and responded to correspondence from G. Hartung advising he thought case was closed and forwarding last orders to him so he can see it is not. (.2) Reviewed correspondence from J. Libby ▮▮▮▮ (.1) Telephone call from G. Hartung regarding audit, dispute with same, concern over amount and additional records to be produced. (.4) Telephone call from J. Conklin regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮. (.2) | | | | 208.00 | 9018 | | | |
| Feb 23/2015 88353 | Lawyer: KM 0.40 Hrs X 160.00 Telephone call from G. Hartung regarding additional records produced by J. Chavez; he will be at hearing tomorrow and agreement to ask for continuance to allow J. Chavez to try to resolve audit. (.2) Telephone call with J. Conklin regarding ▮▮▮▮▮▮ ▮▮▮▮▮. (.2) | | | | 64.00 | 9018 | | | |
| Feb 24/2015 88375 | Lawyer: KM 1.90 Hrs X 160.00 Appeared in court before Judge Lee regarding hearing on motion for default and continuance of pending motion to allow for further audit. Confer with B. Hartung regarding completion of audit and possible resolution of lawsuit by agreed order. | | | | 304.00 | 9018 | | | |
| Feb 26/2015 88817 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from J. Conklin | | | | 16.00 | 9018 | | | |
| Feb 27/2015 88404 | Expense Recovery Postage Recovery | 00307 | | 0.96 | | 9018 | | | |
| Feb 27/2015 88822 | Lawyer: KM 0.10 Hrs X 160.00 Prepared correspondence to Architectural Systems forwarding court order. | | | | 16.00 | 9018 | | | |
| Feb 28/2015 88427 | Expense Recovery Photocopy Recovery | 00308 | | 43.92 | | 9018 | | | |
| Feb 28/2015 88481 | US Messenger & Logistics Courier Recovery | 4616 | | 14.60 | | 9018 | | | |
| Mar 6/2015 88528 | Chicago Regional Council of Carpe PMT - | 01577 | 252.00 | | | | | | |
| Mar 11/2015 89117 | Lawyer: KM 0.90 Hrs X 160.00 Reviewed correspondence from J. Conklin ▮▮▮▮▮▮ ▮▮▮▮▮. Reviewed audit report. (.2) Prepared correspondence to G. Hartung forwarding revised audit report and a detailed summary of the total amount of damages due, $25,429.96; forward to client ▮▮▮▮▮▮ (.3). Reviewed correspondence from | | | | 144.00 | | | | |

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | Disbs | Fees | Bld Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | G. Hartung regarding request for copy of auditor's billing summary. (.1) Telephone call with G. Hartung advising that Trust Funds can likely produce detailed billing summary but inquiring on whether he questions reasonableness of overall fees and whether time spent producing the documentation supports the effort. (.2) Prepared correspondence to J. Conklin ███████████████ (.1) | | | | | | | | | |
| Mar 12/2015 89118 | Lawyer: KM 0.70 Hrs X 160.00 Telephone call with G. Hartung proposing settlement offer, requested that he put offer in writing. (.2) Reviewed and responded to correspondence from G. Hartung forwarding settlement offer of $22,641,39. (.1) Prepared correspondence to J. Libby ███████████████ . (.2) Telephone call from J. Chavez seeking to convey that he understood when he met with J. Libby and J. Conklin, the Trust Funds agreed to waive interest and liquidated damages, advised he really must communicate through counsel. (.1) Prepared correspondence to J. Libby and J. Conklin ████████. (.1) | | | | 112.00 | | | | | |
| Mar 13/2015 89119 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from J. Conklin ████████████████████ | | | | 16.00 | | | | | |
| Mar 13/2015 89131 | Lawyer: JS 1.50 Hrs X 160.00 Attended hearing on motion for judgment at which judge was informed of revised demand and settlement discussions. | | | | 240.00 | | | | | |
| Mar 18/2015 88602 | Lawyer: KM 0.50 Hrs X 160.00 Coordinate with J. Sopata regarding ████████████ . Communications with J. Sopata regarding ████████. Reviewed Judge Lee's electronic order submission rules; prepared correspondence to Judge Lee's court order submittal of court order. | | | | 80.00 | | | | | |
| Mar 20/2015 88859 | Billing on Invoice 9018 FEES 1284.00 DISBS 66.48 | | | 0.00 | | 9018 | | | | |
| Mar 25/2015 89120 | Lawyer: KM 0.50 Hrs X 160.00 Prepared agreed order of dismissal. (.3) Prepared correspondence to J. Libby ██████. (.1) Prepared correspondence to G. Hartung following up on prior email to confirm settlement on three payments on terms discussed and if no response is forthcoming the Trust Funds will file a motion for entry of default. (.1). | | | | 80.00 | | | | | |
| Mar 26/2015 89121 | Lawyer: KM 0.30 Hrs X 160.00 Reviewed correspondence from J. Libby ████████. (.1) Prepared correspondence to G. Hartung forwarding proposed Agreed Order of Dismissal embodying terms of Trust Funds settlement proposal and seeking | | | | 48.00 | | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | prompt response. Reviewed correspondence from G. Hartung acknowledging receipt and will respond shortly. (.2) | | | | | | | | |
| Mar 27/2015 89122 | Lawyer: KM 0.20 Hrs X 160.00 Telephone call to G. Hartung seeking to follow up on Architectural Systems' response to Agreed Order of Dismissal and prepared correspondence to G. Hartung seeking to follow up on same. (.1) Reviewed correspondence from G. Hartung advising that "Jim is not ready to sign the Agreement." (.1) | | | | 32.00 | | | | |
| Apr 9/2015 89123 | Lawyer: KM 0.10 Hrs X 160.00 Prepared correspondence to J. Conklin ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | 16.00 | | | | |
| Apr 9/2015 89187 | Lawyer: KM 0.20 Hrs X 160.00 Telephone call from T. Miller advising that he is representing Architectural Systems now and interested in trying to work out settlement, J. Chavez did not respond to prior offer because he was out of the country, an associate from T. Miller's office will be in court tomorrow. | | | | 32.00 | | | | |
| Apr 10/2015 89158 | Chicago Regional Council of Carpe PMT - | 01598 | 1350.48 | | | | | | |
| Apr 10/2015 89189 | Lawyer: KM 1.60 Hrs X 160.00 Appeared in court before Judge Lee regarding continued status hearing, J. Chavez appeared in court, matter continued to 4/24/15. (1.3) Reviewed correspondence from J. Conklin ▮▮▮▮▮▮▮▮▮▮▮▮. (.1) Telephone call with T. Miller regarding whether he is going to represent J. Chavez because J. Chavez was unclear after court hearing on whether he is represented and, if so, by who. (.2) | | | | 256.00 | | | | |
| Apr 13/2015 89188 | Lawyer: KM 0.40 Hrs X 160.00 Prepared correspondence to T. Miller forwarding summary of damages and amounts claimed due and status of last offer and inquire whether he is representing Architectural Systems. (.3) Reviewed correspondence from T. Miller responding to email advising he is speaking with his client and will let me know if he is going to represent him in this matter. (.1) | | | | 64.00 | | | | |
| Apr 14/2015 89191 | Lawyer: KM 0.90 Hrs X 160.00 Prepared revised declaration of J. Libby based on revised audit report in order to file motion for entry of final judgment; reviewed file to pull exhibits to attach to declaration. (.7) Telephone call from J. Libby regarding ▮▮▮▮▮▮▮▮ (.1) Revised declaration of J. Libby and arranged with S. Keating to forward revised document. (.1) | | | | 144.00 | | | | |
| Apr 14/2015 89193 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from T. Miller advising that he will NOT be representing Architectural Systems in this matter after all and we should deal with J. Chavez directly. | | | | 16.00 | | | | |
| Apr 15/2015 89197 | Lawyer: KM 1.50 Hrs X 160.00 Prepared draft revised motion for entry of final judgment based on current damages calculations; reviewed file materials as necessary to prepare revised motion and | | | | 240.00 | | | | |

Apr/16/2015                          McJessy, Ching & Thompson, LLC                                    Page: 12
                                              Client Ledger
                                               ALL DATES

Date            Received From/Paid To        Chq#    |----- General -----|              Bld |----------- Trust Activity -----------|
     Entry #    Explanation                  Rec#     Rcpts      Disbs         Fees    Inv# Acc   Rcpts      Disbs      Balance

prepared draft order as
Exhibit to Motion and revised
declaration of K. McJessy in
support of motion; reviewed
and confirmed redactions for
billing summary attached to
declaration of K. McJessy.
(1.5)

|           |        UNBILLED          |         |        BILLED          |      |     BALANCES      |
|-----------|--------|---------|--------|---------|---------|--------|---------|------|-------|----------|
| TOTALS    | CHE    | + RECOV | + FEES | = TOTAL | DISBS   | + FEES | + TAX   | - RECEIPTS | = A/R | TRUST |
| PERIOD    | 0.00   | 0.00    | 1520.00| 1520.00 | 1000.88 | 5562.00| 0.00    | 6562.88 | 0.00 | 0.00 |
| END DATE  | 0.00   | 0.00    | 1520.00| 1520.00 | 1000.88 | 5562.00| 0.00    | 6562.88 | 0.00 | 0.00 |

|            |        UNBILLED          |         |        BILLED          |      |     BALANCES      |
|------------|--------|---------|--------|---------|---------|--------|---------|------|-------|----------|
| FIRM TOTAL | CHE    | + RECOV | + FEES | = TOTAL | DISBS   | + FEES | + TAX   | - RECEIPTS | = A/R | TRUST |
| PERIOD     | 0.00   | 0.00    | 1520.00| 1520.00 | 1000.88 | 5562.00| 0.00    | 6562.88 | 0.00 | 0.00 |
| END DATE   | 0.00   | 0.00    | 1520.00| 1520.00 | 1000.88 | 5562.00| 0.00    | 6562.88 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Ledger
Layout Template                            Default
Advanced Search Filter                     None
Requested by                               ADMIN
Finished                                   Thursday, April 16, 2015 at 01:35:05 PM
Ver                                        13.0 SP2 (13.0.20140210)
Matters                                    0211-ARCH
Clients                                    All
Major Clients                              All
Client Intro Lawyer                        All
Matter Intro Lawyer                        All
Responsible Lawyer                         All
Assigned Lawyer                            All
Type of Law                                All
Select From                                Active, Inactive, Archived Matters
Matters Sort by                            Default
New Page for Each Lawyer                    No
New Page for Each Matter                    No
No Activity Date                           Dec/31/2199
Firm Totals Only                           No
Totals Only                                No
Entries Shown - Billed Only                No
Entries Shown - Disbursements              Yes
Entries Shown - Receipts                   Yes
Entries Shown - Time or Fees               Yes
Entries Shown - Trust                      Yes
Incl. Matters with Retainer Bal            No
Incl. Matters with Neg Unbld Disb          No
Trust Account                              All
Working Lawyer                             All
Include Corrected Entries                  No
Show Check # on Paid Payables              No
Show Client Address                        No
Consolidate Payments                       No
Show Trust Summary by Account              No
Show Interest                              No
Interest Up To                             Apr/16/2015
Show Invoices that Payments Were Applied to No
Display Entries in                         Date Order

14 CV 03738

# Exhibit  D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF<br>CARPENTERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) | 14 CV 3738 |
| v. | ) ) | Judge Lee |
| ARCHITECTURAL SYSTEMS, INC., an Illinois<br>corporation, | ) ) ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54, 55 and 58, judgment is hereby entered in favor of the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds") and against defendant ARCHITECTURAL SYSTEMS, INC. an Illinois corporation ("Defendant") in the amount of $26,907.68 as follows:

A.   $11,977.31 in unpaid contributions pursuant to the audit;

B.   $4,021.20 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;

C.   $430.83 in interest;

D.   $2,395.46 in liquidated damages; and

E.   $8,082.88 in reasonable attorneys' fees and costs the Trust Funds incurred in this action.

The Trust Funds shall also recover reasonable attorney' fees and costs incurred by the Trust

Funds in enforcing this order and any such further relief as this Court deems appropriate.

_____
Date

_____
Judge John Lee